UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
RAFAEL ALEJANDRO LIRIANO URENA,
*individually and on behalf of others similarly situated,*

                    Plaintiff,

     -against-

0325 TUTA CORP. et al.,

                   Defendants.
------------------------------------- x

ORDER

20 Civ. 3751 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from August 12, 2020 to January 13, 2021 at 9:30 am.

Dated: New York, New York
      August 10, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge