UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

RAFAEL ALEJANDRO LIRIANO URENA,
*individually and on behalf of others similarly situated,*

                                    Plaintiff,

       -against-

0325 TUTA CORP. et al.,

                                 Defendants.

------------------------------------------------------------ x

ORDER

20 Civ. 3751 (GBD) (GWG)

*[Filed stamp: JAN 07 2021]*

GEORGE B. DANIELS, United States District Judge:

      The January 13, 2021 conference is canceled, in light of this Court's referral to Magistrate Judge Gabriel W. Gorenstein for General Pretrial Supervision.

Dated: New York, New York
       January 7, 2021

                                                  SO ORDERED.

                                                  */s/ George B. Daniels*
                                                  GEORGE B. DANIELS
                                                  United States District Judge