**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RAFAEL ALEJANDRO LIRIANO URENA,
CHARLIE UVEREA, and ABISAI NAVA,
*individually and on behalf of others similarly situated,*

                     *Plaintiffs*,

     -against-

0325 TUTA CORP. (D/B/A LA GRAN ANTILLANA), CALIFORNIA MARKET CORP. (D/B/A LA GRAN ANTILLANA), RAUL PEGERO, ANDY PEGERO, and MIYIERA DOE,

                     *Defendants.*
-------------------------------------------------------------X

**Docket No.: 20-cv-03751 (GBD) (GWG)**

**NOTICE OF MOTION FOR**
**DEFAULT JUDGMENT**

## NOTICE OF MOTION

Please take notice that, upon the annexed Affirmation of Michael J. Faillace, the attached exhibits, including the Declarations of Plaintiffs Rafael Alejandro Liriano Urena, Charlie Uverea, and Abisai Nava, and all prior papers and proceedings in this case, Plaintiffs, by counsel, will move this court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b), for judgment by default against Defendants 0325 Tuta Corp. (d/b/a La Gran Antillana), California Market Corp. (d/b/a La Gran Antillana), Raul Pegero, Andy Pegero, and Miyiera Doe.

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
May 7, 2021

                                            MICHAEL FAILLACE & ASSOCIATES, P.C.

                                            By:    */s/ Michael J. Faillace*
                                                         Michael J. Faillace
                                                         60 East 42nd Street, Suite 4510
                                                         New York, New York 10165
                                                         Tel.: (212) 317-1200
                                                         *Attorneys for Plaintiffs*

To:    0325 Tuta Corp. (d/b/a La Gran Antillana)
        366 East 204th Street
        Bronx, New York 10467

        California Market Corp. (d/b/a La Gran Antillana)
        366 East 204th Street
        Bronx, New York 10467

        Raul Pegero
        c/o La Gran Antillana
        366 East 204th Street
        Bronx, New York 10467

        Andy Pegero
        c/o La Gran Antillana
        366 East 204th Street
        Bronx, New York 10467

        Miyiera Doe
        c/o La Gran Antillana
        366 East 204th Street
        Bronx, New York 10467