**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

RAFAEL ALEJANDRO LIRIANO URENA,
CHARLIE UVEREA, and ABISAI NAVA,

        Plaintiffs,

  -against-

0325 TUTA CORP. (D/B/A LA GRAN ANTILLANA),
CALIFORNIA MARKET CORP. (D/B/A LA GRAN
ANTILLANA), RAUL PEGERO, ANDY PEGERO,
and MIYIERA DOE,
        Defendants.
------------------------------------X

ORDER

20 Civ. 3751 (GBD) (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 24 2022

GEORGE B. DANIELS, United States District Judge:

This action having been commenced on May 14, 2020, by the filing of a Complaint and Summons, and continued with the filing of an Amended Complaint on February 19, 2021, a copy of the Amended Complaint having been served on Defendant 325 Tutu Corp., on March 24, 2021 by service on Defendant's registered agent in the Office of the Secretary of State of the State of New York, and proof of service having been filed on March 29, 2021 (ECF No. 54), on Defendant California Market Corp. on March 24, 2021 by service on Defendant's registered agent in the Office of the Secretary of State of the State of New York, and proof of service having been filed on March 29, 2021 (ECF No. 53), on Defendant Raul Pegero on March 22, 2021 by service on Ms. Antonia at Defendant's place of business, La Gran Antillana, and by mailing a copy of the Amended Complaint to La Gran Antillana at 366 East 204th Street, Bronx, New York 10467, and proof of service having been filed on March 23, 2021 (ECF No. 52), and on Defendant Andy Pegero on March 22, 2021 by service on Ms. Antonia at Defendant's place of business, La Gran Antillana, and by mailing a copy of the Amended Complaint to La Gran Antillana at 366 East 204th Street, Bronx, New York 10467, and proof of service having been filed on March 23, 2021 (ECF

No. 50), and Defendants having failed to answer, appear, or otherwise move with respect to the Amended Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiffs Rafael Alejandro Liriano Urena, Charlie Uverea, and Abisai Nava, have a judgment against Defendants 0325 Tuta Corp, California Market Corp., Raul Pegero, Andy Pegero.

This matter is referred to Magistrate Judge Gabriel W. Gorenstein for an inquest on damages, attorneys' fees, and costs as to Defendants 0325 Tuta Corp., California Market Corp., Raul Pegero, and Andy Pegero and for a determination of whether default may be entered upon Miyiera "Doe" pursuant to Federal Rule of Civil Procedure 55.

The Clerk of Court is directed to close the motion at ECF No. 73, accordingly.

Dated: New York, New York
February 24, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge