**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
RAFAEL ALEJANDRO LIRIANO URENA,
CHARLIE UVEREA, and ABISAI NAVA,
*individually and on behalf of others similarly situated,*

                       *Plaintiffs*,

      -against-

0325 TUTA CORP. (D/B/A LA GRAN ANTILLANA), CALIFORNIA MARKET CORP. (D/B/A LA GRAN ANTILLANA), RAUL PEGERO, ANDY PEGERO, and MIYIERA DOE,

                       *Defendants.*
------------------------------------------------------X

Docket No.: 20-cv-03751 (GBD) (GWG)

**PROPOSED DEFAULT JUDGMENT**

## JUDGMENT

This action was commenced on May 14, 2020. Service of the Amended Complaint was effectuated on Defendants 0325 Tuta Corp. (d/b/a La Gran Antillana) and California Market Corp. (d/b/a La Gran Antillana) on March 24, 2021. Service of the Amended Complaint was effectuated on Defendants Raul Pegero, Andy Pegero, and Miyiera Doe on March 22, 2020.

To date, Defendants 0325 Tuta Corp. (d/b/a La Gran Antillana), California Market Corp. (d/b/a La Gran Antillana), Raul Pegero, Andy Pegero, and Miyiera Doe have failed to answer or respond to the Amended Complaint, or otherwise appear in this action. The time for Defendants to answer or respond to the Amended Complaint has now expired.

The Clerk of this Court certified the defaults of 0325 Tuta Corp. (d/b/a La Gran Antillana), California Market Corp. (d/b/a La Gran Antillana), Raul Pegero, Andy Pegero, and Miyiera Doe on April 15, 2021.

- 2 -

NOW, on motion of Plaintiffs, by their attorneys, CSM Legal, P.C., it is hereby ORDERED, ADJUDGED, AND DECREED:

That Plaintiffs have judgment, joint and severally, against Defendants 0325 Tuta Corp. (d/b/a La Gran Antillana), California Market Corp. (d/b/a La Gran Antillana), Raul Pegero, Andy Pegero, and Miyiera Doe in the amount of $242,013.50, including (A) compensatory damages for unpaid minimum wage and overtime compensation in the amount of $90,971.00; (B) liquidated damages for unpaid minimum wage and overtime compensation in the amount of $90,971.00; (C) unpaid spread of hours pay in the amount of $7,875.00; (D) liquidated damages for unpaid spread of hours pay in the amount of $7,875.00; (E) statutory damages for violations of New York Labor Law § 195(1) in the amount of $15,000.00; and (F) statutory damages for violations of New York Labor Law § 195(3) in the amount of $15,000.00.

That Plaintiffs are awarded attorney's fees in the amount of $12,887.50, and costs in the amount of $1,434.00.

That Plaintiffs are awarded pre-judgment interest on the principal amount of the judgment at a rate of nine percent (9%), to be calculated from the midpoints of each of Plaintiffs' pay periods through the date judgment is entered.

That Plaintiffs are awarded post-judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, then the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:    New York, New York
          _____, 2022

                                    _____
                                    HON. GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE